RECEIVED
IN LAKE CHARLES, LA.
JUL 29 2009
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PATRICK TOWNZEN, SR.<br>DOC #207654 | : | DOCKET NO. 2:08-cv-1322 |
| VS. | : | JUDGE MINALDI |
| WARDEN, RAYBURN<br>CORRECTIONAL CENTER | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is **ORDERED** that plaintiff's *habeas* petition be **DENIED AND DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29 day of July, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE